TO: Clerk's Office
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

_____

### APPLICATION FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

*********************************

IN THE MATTER OF ARREST WARRANTS
FOR DENNIS HARRIS AND RASHEEM
RICHARDSON AND FOR A
SEARCH WARRANT FOR THE PREMISES    20-MJ-65
AT 3004 LEWMAY ROAD, NO. 2, FAR    _____
ROCKAWAY, NEW YORK                 Docket Number

*********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name:_____
Firm Name: Devon Lash
Address:   U.S. Attorney's Office, E.D.N.Y.
           271 Cadman Plaza East, Brooklyn New York, 11201
Phone Number: (718)254-6014
E-Mail Address: devon.lash@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that
authorizes filing under seal

Ongoing Criminal Investigation _____

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,
AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY
THE COURT.**

DATED:  Brooklyn                    NEW YORK
        January 17, 2020

_____

<u>U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE</u>

RECEIVED IN CLERK'S OFFICE January 17, 2020
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by
the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

January 17, 2020                    DEVON LASH
_____                    _____
DATE                               SIGNATURE